# UNITED STATES DISTRICT COURT
для the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHIVANI PATEL | ) | Case No. |
| | ) | 19-mj-5193-JGD |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 3, 2017__ in the county of __Suffolk and elsewhere__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |

This criminal complaint is based on these facts:

See Affidavit of IRS-CI Special Agent Julie A. FitzPatrick.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Julie A. FitzPatrick, IRS-CI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/18/2019

_____
*Judge's signature*

City and state: Boston, Massachusetts

Hon. Judith G. Dein
*Printed name and title*